# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1770
LT Case No. 2020-DR-2196

_____

ADEL ABDALLA,

    Appellant,

    v.

MAHA ABDALLA,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Michael J. Rudisill, Judge.

Gary S. Israel, of Gary Israel, P.A., Orlando, for Appellant.

Brandon M. Tyson, of Tyson Law Firm, LLC, Winter Park, for
Appellee.

March 5, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____